UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

KENNETH LEVELL MACK,

           Defendant.

Case No. 17-cr-161 (DWF/TNL)

DECLARATION OF PUBLICATION

The Notice of Criminal Forfeiture were posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 12, 2018, as required by Fed. R. Crim. P. 32.2(b)(6), and by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2018

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Craig R. Baune*

BY:  CRAIG R. BAUNE
Assistant U.S. Attorney
Attorney ID No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Craig.baune@usdoj.gov